**UNITED STATES DISTRICT COURT**         **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**         **MINUTE ORDER**

BEFORE:    A. KATHLEEN TOMLINSON    DATE:   <u>3-25-2013</u>
           U.S. MAGISTRATE JUDGE      TIME:   <u>11:00 a.m. (3 minutes)</u>

*Moris v. The Swan Club, Inc.*
**CV 12-3743 (JFB) (AKT)**

TYPE OF CONFERENCE:        **DISCOVERY STATUS CONFERENCE**

APPEARANCES:    Plaintiff     Raymond Nardo

               Defendant    Joshua A. Marcus

FTR:   11:05-11:08

**I.**    <u>**THE FOLLOWING RULINGS WERE MADE**</u>:

       Through both the Discovery Status Report and today's conference, counsel confirmed that discovery is proceeding according to schedule and there are no outstanding discovery disputes between the parties.   The last deposition is scheduled to be completed on June 21, 2013.   In light of these circumstances, the Court will enter the Final Scheduling Order below.

**II**.    <u>**FINAL SCHEDULING ORDER**</u>:

- All fact depositions completed by:        June 21, 2013

- Deadline for completion of all discovery:    July 1, 2013

- Any letter request for a pre-motion conference
  to Judge Bianco for purposes of making a
  summary judgment motion must be filed by:    July 15, 2013

- Proposed Joint Pre-Trial Order must be
  filed on ECF by:               August 15, 2013

- <u>Pre-Trial Conference will be held on</u>:    <u>August 28, 2013 at 2:30 p.m.</u>

                  SO ORDERED

                  <u>/s/ A. Kathleen Tomlinson</u>
                  A. KATHLEEN TOMLINSON
                  U.S. Magistrate Judge